# Court of Appeals
# of the State of Georgia

ATLANTA,  April 01, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1215. MOUSTAPHA KEBE v. YALONDA KEBE.

Moustapha Kebe and Yalonda Kebe divorced in July. Yolanda Kebe filed a motion for contempt, alleging that Moustapha Kebe had not paid child support. The trial court granted her motion, holding Moustapha Kebe in contempt for failure to pay child support. Moustapha Kebe filed a notice of appeal, in which he sought to challenge the contempt order. We lack jurisdiction.

Appeals from orders in domestic relations cases, including orders holding or declining to hold persons in contempt, must be pursued by discretionary application. See OCGA § 5-6-35 (a) (2). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Moustapha Kebe's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this case. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/01/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*